```
EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (SB# 120977)
Jared A. Washkowitz (SB# 226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:  (415) 227-9455
Facsimile:  (415) 227-4255
E-Mail:     aport@edptlaw.com
            jwashkowitz@edptlaw.com

Attorneys for Plaintiff
NEW WORLD SHIP MANAGEMENT COMPANY, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NEW WORLD SHIP MANAGEMENT COMPANY, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>TRISHA B. CLINE<br><br>    Defendants. | Case No. 3:06-cv-05921-TEH<br><br>**NOTICE OF DISMISSAL OF COMPLAINT FOR DECLARATORY RELIEF WITHOUT PREJUDICE** |

Plaintiff New World Ship Management Company, LLC individually and as operator of the CLIPPER ODYSSEY, and pursuant to Fed.R.Civ.P. 41(a), hereby dismisses its Complaint for Declaratory Relief without prejudice.

Dated: November 16, 2006

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By:  /s/
ANDREW I. PORT
JARED A. WASHKOWITZ
Attorneys for Plaintiff
NEW WORLD SHIP MANAGEMENT COMPANY, LLC

*IT IS SO ORDERED*
Judge Thelton E. Henderson
11/22/06

- 1 -

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No.:3:06-cv-05921-TEH
G:\51300.002\pleadings\Notice of Dismissal.Pod

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105